UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| LANOR CUROLE | CIVIL ACTION NO.: |
|---|---|
| VS. | JUDGE: |
| CHOICE HOTELS INTERNATIONAL | MAGISTRATE: |

## LIST OF STATE COURT PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Choice Hotels International, Inc., who provides the following list of State Court Pleadings served on it:

1. Citation for the Petition for Damages filed by the plaintiff, Lanor Curole;

2. Petition for Damages filed by Lanor Curole; and

3. Notice of Removal to be Filed in State Court on April 18, 2008

According to the Notice of Service of Process from the Agent for Service of Process of Choice Hotels, CFC Corporation Service Company, it was served on behalf of Choice Hotels on March 20, 2008.

BY ATTORNEYS:

**POWERS, SELLERS, MIXON & CHAPOTON, LLP**

/s/ Douglas M. Chapoton
**Douglas M. Chapoton, Bar #25616**
7967 Office Park Boulevard (70809)
Post Office Box 15948
Baton Rouge, Louisiana 70895
Telephone: (225) 928-1951
Facsimile: (225) 929-9834
E-Mail dchapoton@powersfirm.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of the foregoing List of State Court Pleadings has been filed electronically with the CM/ECF system, and/or has been mailed postage prepaid and properly addressed to the following:

Michael J. Billiot
7910 Main Street
Suite 414
Houma, LA 70360

on this 18th day of April 2008.

BY ATTORNEYS:

**POWERS, SELLERS, MIXON
& CHAPOTON, LLP**

/s/ Douglas M. Chapoton
**Douglas M. Chapoton, Bar #25616**
7967 Office Park Boulevard (70809)
Post Office Box 15948
Baton Rouge, Louisiana 70895
Telephone: (225) 928-1951
Facsimile: (225) 929-9834
E-Mail dchapoton@powersfirm.com

#133112v1<POWERS> -List of State Court Pleadings (9317-31)

2402-08-001862

# CITATION

LANOR CUROLE  
(Plaintiff)

NUMBER C565158 SECTION 22

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

CHOICE HOTELS INTERNATIONAL  
SERVICES CORPORATION  
(Defendant)

STATE OF LOUISIANA

TO: CHOICE HOTELS INTERNATIONAL SERVICES  
THROUGH ITS AGENT FOR SERVICE  
CORPORATION SERVICE COMPANY  
320 SOMERULOS STREET  
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 18-MAR-2008.

*signature*  
Tracy Bradley, Deputy Clerk of Court for  
Doug Welborn, Clerk of Court

Requesting Attorney: MICHAEL J BILLIOT

*The following documents are attached:  
PETITION FOR DAMAGES

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20____.

SERVICE: $_____  
MILEAGE: $_____   Deputy Sheriff  
TOTAL: $_____   Parish of East Baton Rouge

RECEIVED  
MAR 19 2008  
E B R SHERIFF'S OFF[ICE]

CITATION - 2402

**EXHIBIT 3-1**

LANOR CUROLE                    NO. 565158           SEC. 22

VERSUS                          19ᴺᴰ JUDICIAL DISTRICT COURT

CHOICE HOTELS                   PARISH OF EAST BATON ROUGE
INTERNATIONAL
SERVICES CORP

---

### PETITION FOR DAMAGES

---

NOW INTO COURT, through undersigned counsel comes plaintiff, Lanor Curole, who respectfully represents:

I

Lanor Curole is a person of the age of majority and resident of Lafourche Parish, Louisiana

II

Made Defendant herein is CHISC, a non-Louisiana business corporation registered to do and doing business in Louisiana

III

Defendant CHISC is liable unto Plaintiff Lanor Curole in an amount that is just and reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings, for the following to-wit:

IV

On or about January 24, 2008, plaintiff, Lanor Curole was a registered patron and invitee of the Comfort Inn located at 4924 Constitution Avenue, Baton Rouge, La., an affiliate of CHISC

V

While retrieving and placing items in her vehicle located in the parking lot on the premises of the Comfort Inn, Lanor Curole was attacked, robbed, and beaten by an assailant

VI

It is averred that The Comfort Inn, as owner and operator of the business, owed a duty to Lanor Curole, a patron of its establishment, to exercise reasonable care to protect her from injury.



### VII

It is further averred that, as an innkeeper, the Comfort Inn, owed a duty of care higher than ordinary or reasonable care to Lanor Curole and its other patrons against injury by third parties

### VIII

It is further averred that the Comfort Inn had prior knowledge that attacks were being committed against its guests and patrons

### IX

It is further averred that the Comfort Inn failed to maintain proper lookout of the property

### X

Petitioner, Lanor Curole, alleges that the attack and resulting injuries to her were caused by the negligence of the Comfort Inn in the following manner:

a  Failure to use provide adequate security measures to assure the safety of its patrons

b. Failure to maintain existing security measures

c. Failing to take reasonable precautions to protect patrons against attacks by third parties occurring on the its premises

d  Failing to warn patrons of attacks, that were being or had very recently been committed, against its patrons by third parties

### XI

As a result of the above and foregoing attack, plaintiff, Lanor Curole, sustained injuries and experienced pain throughout her body, including broken facial and extremity bones Plaintiff has undertaken and is presently undertaking extensive medical workup and treatment including therapy

Plaintiff sues for past, present and future mental pain and suffering, permanent injuries, loss of earnings and wage earning capacity, loss of enjoyment of life, medical expenses, past, present, and future, as well as any and all punitive damages available under the law.

### XII

Plaintiff sues for such damages as are reasonable in the premises in accordance with law and evidence in this case

## XIII

Plaintiff respectfully requests notice to her counsel ten (10) days in advance of the date fixed for trial or hearing on any exception, rule, motion, or trial on the merits in these proceedings pursuant to Louisiana Code of Civil Procedure Article 1572, and Plaintiff further requests, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, immediate notice to her counsel of all interlocutory and final judgments on any exception, motion, rule, or trial on the merits in these proceedings.

WHEREFORE, plaintiff Lanor Curole prays that a copy of this petition be duly served upon the defendant, and after due proceedings had there be judgment rendered herein in favor of plaintiff and against the defendant, for all damages as are reasonable and necessary in accordance with the law and evidence of this case together with legal interest from the date of judicial demand plus all costs of these proceedings

*Michael J. Billiot*
Respectfully Submitted,

MICHAEL J BILLIOT (#30223)
CARMELITA J. RATNA (#29662)
ATTORNEYS FOR PLAINTIFF
7910 Main Street, Suite 414
Houma, Louisiana 70360
985-873-5959 (ph)
985-873-5990 (fax)

PLEASE SERVE:

Choice Hotels International Services
Through its agent for service of Process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, La 70802-6129

## CIVIL

- ☑ 01- DAMAGES
- ☐ 02-CONTRACT
- ☐ 03-PRISONER SUIT
- ☐ 04-EXECUTORY PROCESS
- ☐ 05-SUIT ON NOTES
- ☐ 06-EVICTION
- ☐ 07-WORKMENS COMPENSATION
- ☐ 08-JUDICIAL REVIEW
- ☐ 09-PROPERTY RIGHTS
- ☐ 10-INJUNCTION MANDAMUS
- ☐ 11-COMM PROP. PARTITIONS
- ☐ 12-PUBLIC SERV. COMM.
- ☐ 13-OTHER PARTITIONS
- ☐ 14-OTHER
- ☐ 15-D E Q
- ☐ 16-
- ☐ 17-
- ☐ 18-
- ☐ 19-
- ☐ 20-

**CERTIFIED TRUE COPY**

MAR 18 2008

BY _____
DEPUTY CLERK

**LANOR CUROLE**

**VS.**

**CHOICE HOTELS
INTERNATIONAL SERVICES CORP.**

SUIT NO.: 565,158   SECTION 22

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Choice Hotels International, Inc., who gives notice to all parties involved in the above captioned litigation, that it is removing this suit, *Lanor Curole vs. Choice Hotels International, Inc., Suit Number 565,158, Section 22, Parish of East Baton Rouge, State of Louisiana*, to the United States District Court, Middle District of Louisiana, and attaches hereto, the Notice of Removal filed in the United States District Court, Middle District of Louisiana, along with the List of Attorneys, and the pleading entitled, List of State Court Pleadings served on Choice Hotels International, Inc.

By Attorneys,

**POWERS, SELLERS, MIXON & CHAPOTON, LLP**

_____
Douglas M. Chapoton, Bar Roll No. 25616
7967 Office Park Blvd. (70809)
P.O. Box 15948
Baton Rouge, Louisiana 70895
Telephone:   (225) 928-1951
Facsimile:    (225) 929-9834
Counsel for Choice Hotels International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly furnished to all counsel of record via:

| | | |
|---|---|---|
| Regular United States Mail | | / X / |
| Certified Mail<br>Return Receipt # _____ | | /____/ |
| Federal Express/UPS | | /____/ |
| Hand Delivered | | /____/ |
| Facsimile | | /____/ |

postage prepaid and properly addressed on this ___18th___ day of ___April___ 2008.

_____
Douglas M. Chapoton

#133116v1<POWERS> -List of State Court Pleadings (9317-31)